IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 1:01CR00055 |
| Patricia Francis | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on September 8, 2004 for a period of two years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 1st day of March, 2006

_____
Senior United States District Judge