IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

      **vs.**                    : CASE NO. CR-1-01-055(2)

**PATRICIA FRANCIS,**

       **Defendant.**

### SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                              GREGORY G. LOCKHART
                                              United States Attorney


                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS  #0043575
                                              Assistant United States Attorney
                                              303 Marconi Blvd., Suite 200
                                              Columbus, Ohio 43215
                                              (614) 469-5715

**CERTIFICATE OF SERVICE**

     I hereby certify that on <u>March 9, 2006</u>,  I electronically filed the foregoing Satisfaction of Criminal Imposition with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Patricia Francis, 3099 Bentonville Road, West Union, Ohio 45693.

                                                  s/Deborah F. Sanders
                                                  Deborah F. Sanders (0043575)
                                                  Assistant United States Attorney